IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES M. COMSTOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-1044-N-BN |
| | § | |
| NEXBANK SSB, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. While the motion to dismiss [Dkt. No. 9] is GRANTED as against all defendants, the Court also GRANTS Plaintiff leave to file an amended complaint within 21 days of this order. The failure to do will result in the dismissal of Plaintiff's claims with prejudice.

SO ORDERED this 23rd day of February, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE